## In the Matter of Thomas Ethan HATTEN.

## In the Matter of Joseph B. HANDLER, also known as Joel B. Handler, and Thomas Ethan Hatten.

### Nos. 47501 and 47502.

Supreme Court of Minnesota.

June 6, 1977.

### ORDER

SHERAN, Chief Justice.

Upon the petitions of Thomas Ethan Hatten, R. Walter Bachman, Director of Lawyers Professional Responsibility, and Richard E. Klein, Director of Bar Admissions,

IT IS ORDERED AND DIRECTED that the name of Joseph B. Handler, also known as Joel B. Handler, be stricken from the rolls of the attorneys in the State of Minnesota and that the name of Thomas Ethan Hatten, which was improperly stricken, be reinstated as a duly licensed attorney admitted to practice before this court and all of the courts of the State of Minnesota.

■

## In the Matter of the Application for the Discipline of Patrick F. SULLIVAN, an Attorney at Law of the State of Minnesota.

### No. 44902.

Supreme Court of Minnesota.

July 12, 1977.

ORDER SUSPENDING ATTORNEY FROM PRACTICE AND TO SHOW CAUSE WHY HE SHOULD NOT BE DISBARRED

SHERAN, Chief Justice.

The above entitled matter comes on for hearing before the Court on a motion by the administrative director on professional conduct for an order suspending the respondent, Patrick F. Sullivan of Ramsey County, from the practice of law in the State of Minnesota.

It appearing to the Court that respondent was admitted to practice in the State of Minnesota on October 27, 1958 and that on February 6, 1974 he was placed on probation by order of this Court with the provision that a violation of his probation would result in indefinite suspension from the practice of law; and,

It further appearing to the Court that subsequent to February 6, 1974 respondent was charged with numerous violations of the Code of Professional Conduct, a more particular description of which is contained in the attached findings which were entered by the Lawyers Professional Responsibility Board after hearings attended by respondent and his attorney, Charles R. Coulter, Esq., on May 13 and May 17, 1977;

NOW THEREFORE, IT IS ORDERED, 1) that respondent, Patrick F. Sullivan of Ramsey County, is hereby suspended from the practice of law in the State of Minnesota until further order of the Court; and,

2) Respondent is further ordered to show cause before this Court on the 25th day of August, 1977, at 10 o'clock A.M. why he should not be disbarred from the practice of law in the State of Minnesota.